# EXHIBIT A

IMDb | All | Pro | IMDb Apps | Help

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | Login



### Dallas Buyers Club (2013)
### Awards

Edit

Showing all 45 wins and 30 nominations

## Academy Awards, USA 2014

**Won** Oscar
- Best Performance by an Actor in a Leading Role
  Matthew McConaughey
- Best Performance by an Actor in a Supporting Role
  Jared Leto
- Best Achievement in Makeup and Hairstyling
  Adruitha Lee
  Robin Mathews

**Nominated** Oscar
- Best Motion Picture of the Year
  Robbie Brenner
  Rachel Winter
- Best Achievement in Film Editing
  Jean-Marc Vallée
  Martin Pensa
- Best Writing, Original Screenplay
  Craig Borten
  Melisa Wallack

## Golden Globes, USA 2014

**Won** Golden Globe
- Best Performance by an Actor in a Motion Picture - Drama
  Matthew McConaughey
- Best Performance by an Actor in a Supporting Role in a Motion Picture
  Jared Leto

## Screen Actors Guild Awards 2014

**Won** Actor
- Outstanding Performance by a Male Actor in a Leading Role
  Matthew McConaughey
- Outstanding Performance by a Male Actor in a Supporting Role
  Jared Leto

**Nominated** Actor
- Outstanding Performance by a Cast in a Motion Picture
  Jennifer Garner



ad feedback

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:
Like 37,276 people like this. Sign Up to see what your friends like.

**User Lists** — Create a list »
Related lists from IMDb users

NicoAllMeMovies
a list of 2543 titles created 02 Dec 2011

2013
a list of 31 titles created 2 months ago

Matthew McConaughey
Jared Leto
Denis O'Hare
Dallas Roberts
Steve Zahn

### Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

### Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Boston Society of Film Critics Awards 2013

**Nominated**
BSFC Award

Best Supporting Actor
Jared Leto
(Ex aequo)

### Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

### Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

**2nd place**
COFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

### Chlotrudis Awards 2014

**Nominated**
Chlotrudis Award

Best Supporting Actor
Jared Leto

### Costume Designers Guild Awards 2014

**Nominated**
CDG Award

Excellence in Period Film
Kurt and Bart



**The Best movies that I've seen in 2013-2014**
a list of 37 titles created
1 month ago



**The 25 best movies of 2013**
a list of 25 titles created
1 month ago

**All Time Greatest...**
a list of 21 titles created
3 weeks ago

See all related lists »

### Dallas-Fort Worth Film Critics Association Awards 2013

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

### Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

### Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Hollywood Makeup Artist and Hair Stylist Guild Award

Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Nominated**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

### London Critics Circle Film Awards 2014

| | | |
|---|---|---|
| **Nominated** ALFS Award | Supporting Actor of the Year Jared Leto | |

### Los Angeles Film Critics Association Awards 2013

| | | |
|---|---|---|
| **Won** LAFCA Award | Best Supporting Actor Jared Leto Tied with James Franco for Spring Breakers (2012). | |

### National Board of Review, USA 2013

| | | |
|---|---|---|
| **Won** NBR Award | Top Ten Independent Films | |

### National Society of Film Critics Awards, USA 2014

| | | |
|---|---|---|
| **2nd place** NSFC Award | Best Supporting Actor Jared Leto | |

### New York Film Critics Circle Awards 2013

| | | |
|---|---|---|
| **Won** NYFCC Award | Best Supporting Actor Jared Leto | |

### Online Film Critics Society Awards 2014

| | | |
|---|---|---|
| **Nominated** OFCS Award | Best Supporting Actor Jared Leto | |

### PGA Awards 2014

| | | |
|---|---|---|
| **Nominated** PGA Award | Outstanding Producer of Theatrical Motion Pictures Robbie Brenner Rachel Winter | |

### Palm Springs International Film Festival 2014

| | | |
|---|---|---|
| **Won** Desert Palm Achievement Award | Matthew McConaughey | |

### Phoenix Film Critics Society Awards 2013

| | | |
|---|---|---|
| **Won** PFCS Award | Best Actor in a Leading Role Matthew McConaughey Best Actor in a Supporting Role Jared Leto | |
| **Nominated** PFCS Award | Best Picture | |

### Rome Film Fest 2013

| | | |
|---|---|---|
| **Won** Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award | Yves Bélanger | |
| **Won** Audience Award | Jean-Marc Vallée | |
| **Won** Best Actor | Matthew McConaughey | |
| **Won** Golden Butterfly | Jean-Marc Vallée | |
| | Jean-Marc Vallée | |

**Nominated**
Golden Marc'Aurelio Award

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award — Best Supporting Actor, Jared Leto

**Nominated**
SDFCS Award — Best Actor, Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award — Best Actor, Matthew McConaughey

Best Supporting Actor, Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award — Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award — Jared Leto

### Satellite Awards 2013

**Nominated**
Satellite Award — Best Actor in a Motion Picture, Matthew McConaughey

Best Actor in a Supporting Role, Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award — Best Supporting Actor, Jared Leto

**2nd place**
SEFCA Award — Best Actor, Matthew McConaughey

**Nominated**
SEFCA Award — Best Picture

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award — Best Supporting Actor, Jared Leto

**3rd place**
TFCA Award — Best Actor, Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award — Best Supporting Actor, Jared Leto

**Nominated**
VFCC Award — Best Actor, Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award — Best Supporting Actor, Jared Leto

| Nominated | Best Actor |
| --- | --- |
| WAFCA Award | Matthew McConaughey |

### Writers Guild of America, USA 2014

| Nominated | Best Original Screenplay |
| --- | --- |
| WGA Award (Screen) | Craig Borten (written by)<br>Melisa Wallack (written by) |

### See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

### Contribute to This Page

Getting Started | Contributor Zone »

[Edit page]

### Recently Viewed

Manage your history



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An          company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013   **Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** TXu 1-835-443   2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 71.239.195.208 | 1/5/14 12:42:44 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Calumet City |
| 2 | 67.167.232.4 | 1/5/14 12:52:44 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Northbrook |
| 3 | 24.14.66.164 | 1/5/14 01:20:37 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Schaumburg |
| 4 | 24.13.143.43 | 1/5/14 01:20:53 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 5 | 98.213.95.19 | 1/5/14 02:04:20 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Lansing |
| 6 | 50.140.136.244 | 1/5/14 02:21:40 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Elmwood Park |
| 7 | 24.12.141.100 | 1/5/14 02:36:16 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 8 | 76.16.127.52 | 1/5/14 02:53:28 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 9 | 64.233.197.114 | 1/5/14 03:03:06 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Illinois | Park Ridge |
| 10 | 67.162.28.58 | 1/5/14 03:06:12 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Geneva |
| 11 | 69.47.147.36 | 1/10/14 02:10:41 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Illinois | Elgin |
| 12 | 50.151.137.31 | 1/10/14 02:18:13 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Belvidere |
| 13 | 71.201.1.211 | 1/10/14 02:44:51 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Elgin |
| 14 | 67.167.8.167 | 1/10/14 09:50:04 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Park Ridge |
| 15 | 69.47.36.47 | 1/10/14 10:47:19 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Illinois | Chicago |
| 16 | 24.7.227.58 | 1/10/14 11:30:28 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Streamwood |
| 17 | 98.226.190.29 | 1/11/14 03:17:40 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Homewood |
| 18 | 98.227.68.90 | 1/11/14 03:25:31 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Joliet |
| 19 | 67.184.16.148 | 1/11/14 05:31:07 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Saint Charles |
| 20 | 98.226.118.157 | 1/11/14 08:08:11 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Rockford |
| 21 | 71.194.8.52 | 1/11/14 08:27:20 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Aurora |
| 22 | 67.175.32.17 | 1/11/14 03:51:23 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Park Forest |
| 23 | 98.206.126.123 | 1/11/14 04:18:24 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | South Holland |
| 24 | 24.14.84.72 | 1/11/14 05:23:13 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Aurora |
| 25 | 50.178.60.223 | 1/11/14 07:18:46 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Wilmington |
| 26 | 67.162.71.206 | 1/12/14 12:24:33 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Elmhurst |
| 27 | 24.1.137.161 | 1/15/14 12:52:23 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 28 | 67.173.179.128 | 1/16/14 06:48:20 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 29 | 24.13.106.187 | 1/17/14 04:24:07 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 30 | 24.13.143.94 | 1/17/14 06:25:39 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 31 | 98.227.187.45 | 1/18/14 12:00:48 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Bartlett |
| 32 | 50.158.174.12 | 1/18/14 06:47:04 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Dixon |
| 33 | 71.201.124.98 | 1/18/14 09:55:38 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Buffalo Grove |
| 34 | 98.223.216.201 | 1/18/14 09:56:26 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Elk Grove Village |
| 35 | 98.213.11.215 | 1/19/14 04:18:56 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 36 | 24.15.84.78 | 1/19/14 04:06:46 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | West Chicago |
| 37 | 98.253.108.249 | 1/20/14 05:22:31 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Forest Park |
| 38 | 98.253.190.135 | 1/20/14 05:48:18 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 39 | 75.118.150.77 | 1/20/14 01:09:03 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | WideOpenWest | Illinois | Chicago |
| 40 | 98.226.67.82 | 1/20/14 10:31:04 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Skokie |
| 41 | 50.165.150.146 | 1/21/14 04:03:28 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Chicago |
| 42 | 68.57.246.243 | 1/21/14 05:49:41 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 20B2A2B8C4B3F8B0122BDC31193BF4E0A09C9A42 | Comcast Cable | Illinois | Streamwood |