**FILED**

DEC 0 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DALLAS BUYERS CLUB, LLC.

Plaintiff(s)

JUDGE GARY FEINERMAN

Case No. 14-cv-2302

V.

JOSH WATERMAN

Defendant(s)

ANSWER TO SUMMONS

TO WHOM IT CONCERNS,

WE LIVE IN AN APARTMENT BUILDING. FOR ONE, I'M NOT SURE HOW SECURE OUR INTERNET LINE WAS AT THE TIME. IT WORKED, BUT I NEVER MADE SURE THAT IT WAS A SECURE LINE. SECOND, BOTH OF OUR LAPTOPS WERE THROWN OUT IN LATE DECEMBER. ONE HAD A BATTERY THAT WOULDN'T RECHARGE AS WASN'T WORTH REPLACING, AND THE OTHER HAD A CRACKED SCREEN. WE BOUGHT A NEW FAMILY COMPUTER WITH TAX RETURN MONEY OF MY GIRLFRIEND, AND THAT COMPUTER WAS PURCHASED IN APRIL. NO BIT TORRENT SOFTWARE OF ANY KIND IS ON IT WHATSOEVER. FROM DECEMBER (LATE DECEMBER) TO EARLY APRIL, THE ONLY THING WE HAD FOR INTERNET WAS A TABLET, AGAIN WITH NO BIT TORRENT SOFTWARE ON IT.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__DALLAS BUYERS CLUB, LLC.__  CASE No. __14-CV-2302__
        Plaintiff(s)

vs.  JUDGE: __GARY FEINERMAN__

__JOSH WATERMAN__
        Defendant(s)

## PROOF OF SERVICE

TO: __MICHAEL A. HEIRL__
__HUGHES SOCOL PIERS RESNICK & DYM. LTD__
__70 W. MADISON STREET, SUITE 4000__
__CHICAGO, IL 60602__

TO: _____

I, the undersigned (plaintiff/defendant), certify that on the __8__ day of __DECEMBER__, 20__14__, I served a copy of this __Answer__ to each person whom it is directed by way of __MAIL__.

Signature _____
Name __JOSH WATERMAN__
Address __1101 LORLYN CIR. APT. 1E__
City/Zip __BATAVIA, IL 60510__
Telephone __(331) 575-8696__