**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC
          Plaintiff,

v.                Case No.: 1:14–cv–02302
               Honorable Gary Feinerman

Carol Walters, et al.
          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2015:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 5/14/2015 at 9:00 a.m. Motion hearing held. For the reasons stated on the record, Plaintiff's motion for default judgment [61] is granted in part as to Defendant Deborah Roman and entered and continued in part as to Defendant Yasmin Patel. Defendant Deborah Roman is liable to Plaintiff Dallas Buyers Club in the amount of $14,311.50. An injunction order will issue as well. Plaintiff shall submit draft injunction order.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.