# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dallas Buyers Club, LLC

                                  Plaintiff,

v.                                              Case No.: 1:14–cv–02302
                                                             Honorable Gary Feinerman

Carol Walters, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2015:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/9/2015 at 9:00 a.m. Enter order as to Defendant Deborah Roman. The 4/22/2015 order [65] is amended to provide, consistent with the draft order submitted by Plaintiff, that Defendant Deborah Roman is liable to Plaintiff in the amount of $12,155.75. Plaintiff reported that its claims against Defendant Yasmin Patel will be dismissed by the end of the month. Plaintiff's motion for default [61], to the extent it had been entered and continued [65], is denied as moot. As to the parties that remain (Plaintiff, Defendant Carol Walters, and Defendant Roxanne Bennett), this schedule is entered: Rule 26(a)(1) disclosures shall be served by 6/4/2015. Initial written discovery requests shall be served by 6/25/2015. Fact discovery shall be completed by 9/18/2015. Dispositive motions shall be filed by 10/16/2015. Plaintiff shall forward a copy of this order to Defendants Walters and Bennett.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.