IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 14-cv-2302 |
| | ) |
| v. | ) |
| | ) Judge Gary Feinerman |
| CAROL WALTERS, JOSH WATERMAN | ) |
| YASMIN PATEL, DEBORAH ROMAN, | ) |
| PATRICK CURTH, SAM MATE and | ) |
| ROXANNE BENNETT, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause coming before the Court on the Motion of Plaintiff, Dallas Buyers Club, LLC, for Damages, Attorneys' Fees and Costs, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Damages are awarded against Defendant, Deborah Roman, and in favor of Plaintiff, Dallas Buyers Club, LLC, in the amount of $10,000.00.

2. Defendant, Deborah Roman, is ordered to pay Plaintiff's attorneys' fees in the amount of $2,096.75 and Plaintiff's costs in the amount of $59.00.

3. Defendant, Deborah Roman, is permanently enjoined from directly infringing Plaintiff's rights in Plaintiff's copyrighted Movie, *Dallas Buyers Club* (the "Movie"), including, without limitation, by using the Internet, BitTorrent or any other online media distribution system to reproduce (e.g., upload/download) or distribute the Movie, or to make the Movie available for distribution to the public, except pursuant to a lawful license or with the express authorization of Plaintiff.

4.	Defendant, Deborah Roman, is to destroy all copies of the Movie that she has uploaded/downloaded onto any computer hard drive or server without Plaintiff's authorization, and to destroy all copies of the Movie transferred onto any physical medium or device in her possession, custody or control.

Entered: ___5/14/2015

_____

Gary Feinerman
U.S. District Judge